**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-2148**

TERESA A. EGGERS,

                                        Plaintiff - Appellant,

        versus

CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES;
GLENN HENSLEY; REBECCA S. JEFFERIES; SANDRA
GREENE, in their individual capacities,

                                        Defendants - Appellees,

        and

HARVEY PEELER,

                                        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CA-96-3886-7-13)

Submitted:  November 30, 1999        Decided:  January 28, 2000

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Suzanne E. Coe, Greenville, South Carolina, for Appellant. Kevin W. Sturm, EDWARDS, BALLARD, BISHOP, STURM, CLARK & KEIM, P.A., Spartanburg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Teresa A. Eggers appeals the district court's order denying relief on her complaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 1999) and South Carolina state law. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] See Eggers v. Cherokee County, No. CA-96-3886-7-13 (D.S.C. June 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, Eggers has abandoned her state law claims and those claims the district court found barred by Eleventh Amendment immunity.